UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

YARKEIDA BORGES, on behalf of herself and
others similarly situated,

        Plaintiff,

Case No. 1:21-cv-21645-KMM

v.

JEFFERSON CAPITAL SYSTEMS, LLC,

        Defendant.
_____/

## JOINT SCHEDULING REPORT

Pursuant to Local Rule 16.1, and this Court's Pretrial Order (Doc. 4), the parties submit this Joint Scheduling Report. Undersigned counsel certify they conferred on **June 4, 2021** in accordance with S.D. Fla. L.R. 16.1 and as required by Fed. R. Civ. P. Rule 26(a)(1), made arrangements for the initial disclosures to be exchanged by **July 9, 2021**.[1]

## LOCAL RULE 16.1(b)(2) CONFERENCE REPORT

(A)    Likelihood of settlement: **Unknown.**

(B)    Likelihood of appearance in the action of additional parties: **Not likely.**

(C)    Proposed limits on time:

        (i) to join other parties and to amend the pleadings: **August 27, 2021**

---

[1] Upon information and belief, Jefferson Capital believes this Court lacks jurisdiction due to the presence of mandatory binding arbitration in the WebBank Fingerhut agreement. Jefferson Capital submits this Joint Scheduling Report to comply with the Court's order, local rules, and the federal rules of civil procedure without waiving arbitration.

1

      (ii) to file and hear motions: **August 31, 2022;** any motion for class certification shall be filed no later than **May 16, 2022**; any dispositive motion shall be filed no later than **June 15, 2022**

      (iii) to complete discovery: **March 31, 2022**

(D)    Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:

**At this time, the parties do not have any proposals for the formulation and simplification of any issues. As the case progresses, the parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.**

(E)    The necessity or desirability of amendments to the pleadings:

**The parties do not believe amendments to the pleadings are necessary at this time.**

(F)    The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:

**The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof of trial.**

(G)    Suggestions for the avoidance of unnecessary proof and of cumulative evidence:

**The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.**

(H)    Suggestions on the advisability of referring matters to a Magistrate Judge or master:

**The parties will, if appropriate, refer non-dispositive motions and discovery matters to the Magistrate Judge, but do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by the Magistrate Judge.**

(I)    A preliminary estimate of the time required for trial:

       **The parties believe this matter will require 1-3 days of trial.**

(J)    Requested date or dates for conferences before trial, a final pretrial conference, and trial:

       **Final Pre-Trial: After September 1, 2022**
       **Trial: After October 1, 2020**

(K)    Any issues about:

    (i)    disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

**The parties anticipate issues about disclosure or discovery of electronically stored information. Electronically stored information shall be produced in .pdf format by email or other mutually agreed upon electronic file transfer, where possible. If a type of document does not render to a readable format in .pdf, the Parties will meet and confer to agree upon a reasonably useable format.**

    (ii)    claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and

**The parties anticipate a reasonable probability that certain materials will be subject to privilege, and will agree to confer with each other and attempt to resolve issues of privilege by stipulation or other agreement before involving the Court.**

    (iii)    when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist **No.**

(L)    Any other information that might be helpful to the Court in setting the case for status or pretrial conference.

       **None.**

## **CONSENT OF COUNSEL**

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel represents to the Court that counsel for plaintiff has authorized him to affix their electronic signature to this **Joint Scheduling Report**.

Dated: June 16, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Aaron D. Radbil* | */s/ Michael P. Schuette* |
| Aaron D. Radbil, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 47117 | Florida Bar No. 0106181 |
| Michael L. Greenwald, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 761761 | Florida Bar No. 0016277 |
| Greenwald Davidson Radbil PLLC | SESSIONS, ISRAEL & SHARTLE, LLC |
| 7601 N. Federal Hwy., Suite A-230 | 3350 Buschwood Park Drive, Suite 195 |
| Boca Raton, FL 33487 | Tampa, Florida 33618 |
| aradbil@gdrlawfirm.com | Telephone: (813) 890-2460 |
| mgreenwald@gdrlawfirm.com | Facsimile: (877) 334-0661 |
| *Counsel for Plaintiff* | mschuette@sessions.legal |
| | dvanhoose@sessions.legal |
| | *Counsel for Defendant,* |
| | *Jefferson Capital Systems, LLC* |